| Attorney or Party Name, Address, Phone, Fax, Email: | For court use only |
|---|---|
| Blake Goodman, Attorney At Law<br>Pioneer Plaza, Suite 920<br>900 Fort Street Mall<br>Honolulu, Hawaii 96813<br>Phone (808) 528-4274<br>Fax (808) 536-1008<br>Email: goodman @hawaii.rr.com | |
| **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII** | Case No.: **08-01726** |
| In re: Stephen Michael Pagano, Jr. & Crystal Lee Noholani Souza<br><br>Debtor(s). | Chapter: 13 |

## COVER SHEET FOR AMENDMENTS

| *Check all of the following that are being amended.* | ☑ List of Creditors / Mailing Matrix |
|---|---|
| Schedules: ☐ A  ☐ B  ☐ C  ☐ G  ☐ H  ☐ I  ☐ J | ($26 fee unless (i) only updating an address, or (ii) only adding a creditor's attorney, or (iii) uploading creditors in ECF without amending schedules) |
| Schedules: ☑ D  ☐ E  ☑ F   ($26 fee for 1 or more) | |
| ☐ Statement of Financial Affairs | ☐ List of Equity Security Holders |
| ☐ Statement of Intention | ☐ List of 20 Largest Unsecured Creditors |
| ☐ Ch 7 Current Monthly Income with Means Test | ☐ Ch 11 Current Monthly Income |
| ☐ Ch 13 Current Monthly Income with Disposable Income Calculation | |

## DECLARATION BY DEBTOR(S)

I declare under penalty of perjury that the attached amendments are correct to the best of my knowledge, information, and belief. [*If filing electronically through ECF, a* **Declaration re: Electronic Filing** *with original signatures must be submitted on paper within 5 business days after filing the amendments.*]

___1/8/09___   ___[signature]___   ___[signature]___
Date            Debtor                  Joint Debtor

## CERTIFICATE OF SERVICE

The undersigned certifies:

☑ Notice of the amendments has been served on all creditors and parties in interest on the attached service list. (If exemptions or exemption amounts have been amended, a copy of Schedule C has been served on all creditors and parties in interest, including the U.S. Trustee and Trustee.)

☐ A copy of the Notice of Bankruptcy Case, Meeting of Creditors, & Deadlines has been served on the additional creditors and parties in interest identified on the attached service list.

Dated: __1/14/09__   ___[signature]___

Service List

Office of the U.S. Trustee (ECF)
1132 Bishop St., Ste. 602
Honolulu, HI 96813

Howard Hu (ECF)
Standing Ch. 13 Trustee
1132 Bishop St., Ste. 301
Honolulu, HI 96813

Oceanic Time Warner Cable
P.O. Box 30050
Honolulu, HI 96820-0050

Waikoloa Village Association
P.O. Box 30010
Honolulu, HI 96820-0010

B6D (Official Form 6D) (12/07)

In re **Stephen Michael Pagano, Jr.**     Case No. **08-01726**
      **Crystal Lee Noholani Souza**
                                                                                         (if known)

*AMENDED*
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**A-American Self Storage-KON**<br>**73-5562 Lawehana St.**<br>**Kailua-Kona, HI 96740-2490** | X | J | DATE INCURRED: **8/08**<br>NATURE OF LIEN:<br>**Possessory Lien on storage of restaurant equip**<br>COLLATERAL:<br>**Restaurant Equipment Kona Storage Units And O**<br>REMARKS:<br><br>VALUE: $60,000.00 | | | | $730.00 | |
| ACCT #:<br>**City & Country of Hawaii**<br>**Aupuni Ctr. 101**<br>**Pauahi St., #4**<br>**Hilo, HI 96720** | | J | DATE INCURRED: **2008**<br>NATURE OF LIEN:<br>**Property Tax**<br>COLLATERAL:<br>**64-5294 Puukapu St.**<br>REMARKS:<br><br>VALUE: $870,000.00 | | | | $2,300.00 | |
| ACCT #:<br>**Countrywide Home Loans**<br>**PO Box 8234**<br>**Van Nuys, CA 91409-8234** | | J | DATE INCURRED: **06/04**<br>NATURE OF LIEN:<br>**Fee Simple**<br>COLLATERAL:<br>**68-1885 Paunani St.**<br>REMARKS:<br><br>VALUE: $440,000.00 | | | | $516,000.00 | $76,000.00 |
| ACCT #:<br>**Ford Motor Credit**<br>**PO Box 7289**<br>**Pasadena, CA 91109** | | J | DATE INCURRED: **10/2004**<br>NATURE OF LIEN:<br>**Car Loan**<br>COLLATERAL:<br>**2000 Cadilliac Escallade Kamuela**<br>REMARKS:<br><br>VALUE: $3,500.00 | | | | $250.00 | |
| | | | **Subtotal (Total of this Page) >** | | | | **$519,280.00** | **$76,000.00** |
| | | | **Total (Use only on last page) >** | | | | | |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

_____3_____ continuation sheets attached

*AMENDED*
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: <br> **IndyMac Bank, F.S.B.** <br> **C/O Codilis, Stawiarski & Moody, P.C.** <br> **15W030 North Frontage Road** <br> **Suite 200** <br> **Burr Ridge, IL 60527** | | J | DATE INCURRED: **04/2005** <br> NATURE OF LIEN: **Fee Simple** <br> COLLATERAL: **64-5294 Puukapu St.** <br> REMARKS: <br><br> VALUE: $870,000.00 | | | | $756,000.00 | |
| ACCT #: <br> **IndyMac Bank, F.S.B.** <br> **C/O Codilis, Stawiarski & Moody, P.C.** <br> **15W030 North Frontage Road** <br> **Suite 200** <br> **Burr Ridge, IL 60527** | | J | DATE INCURRED: **04/2005** <br> NATURE OF LIEN: **Home Loan** <br> COLLATERAL: **64-5294 Puukapu St.** <br> REMARKS: <br><br> VALUE: $870,000.00 | | | | $148,000.00 | $36,300.00 |
| ACCT #: <br> **Lokahi Pacific / Usda** <br> **1935 Mainstreet, #204** <br> **Wailuku , HI 96793** | X | J | DATE INCURRED: **07/07** <br> NATURE OF LIEN: **business debt** <br> COLLATERAL: **64-5294 Puukapu St.** <br> REMARKS: <br><br> VALUE: $1,370,000.00 | | | | $260,000.00 | $200,730.00 |
| **Representing:** <br> **Lokahi Pacific / Usda** | | | **Bradford Ing** <br> **2145 Wells St. Professional Ctr,#204** <br> **Wailuku , HI 96793** | | | | Notice Only | Notice Only |

Sheet no. __1__ of __3__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) > **$1,164,000.00**    **$237,030.00**

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

*AMENDED*
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **Representing:** **Lokahi Pacific / Usda** | | | Ray Wimberly 2200 Mainstreet, #514 Wailuku, HI 96793 | | | | Notice Only | Notice Only |
| ACCT #: **Pentagon Federal Credit Union PO Box 1432 Alexandria, VA 22313** | | J | DATE INCURRED: **3/07** NATURE OF LIEN: **Car Loan** COLLATERAL: **2005 Cadillac Escallade Kamuela** REMARKS: VALUE: $20,125.00 | | | | $27,000.00 | $6,875.00 |
| ACCT #: **United States SBA 10737 Gateway West, #300 El Paso, TX 79935** | | J | DATE INCURRED: **07/07** NATURE OF LIEN: **Business Loan** COLLATERAL: **64-5294 Puukapu St.** REMARKS: VALUE: $870,000.00 | | | | $94,000.00 | $94,000.00 |
| ACCT #: **Us Bank PO box 6335 Fargo , ND 58125-6335** | X | J | DATE INCURRED: **04/08** NATURE OF LIEN: **Credit Cards** COLLATERAL: **1985 Chevy Step Van -lunch wagon Debtor's resid** REMARKS: VALUE: $2,000.00 | | | | $20,000.00 | $18,000.00 |

Sheet no. **2** of **3** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) > **$141,000.00**  **$118,875.00**

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **Stephen Michael Pagano, Jr.**  Case No. **08-01726**
      **Crystal Lee Noholani Souza**                                                            (if known)

*AMENDED*
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Waikoloa Village Association**<br>**P.O. Box 30010**<br>**Honolulu, HI 96820-0010** | | J | DATE INCURRED: **6/26/08**<br>NATURE OF LIEN: **Fee Simple**<br>COLLATERAL: **real property**<br>REMARKS:<br><br>VALUE: **$0.00** | | | | $282.00 | $282.00 |

Sheet no. **3** of **3** continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this Page) > | $282.00 | $282.00 |
|---|---|---|---|
| | Total (Use only on last page) > | $1,824,562.00 | $432,187.00 |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6F (Official Form 6F) (12/07)

In re **Stephen Michael Pagano, Jr.**
**Crystal Lee Noholani Souza**

Case No. **08-01726**
(if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxx xx. xxxxx9823<br>**Allstate Insurance**<br>75-170 Hualalai Rd. #D112<br>Kailua-Kona, HI 96740 | | J | DATE INCURRED: 2008<br>CONSIDERATION: Other<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Bank Of America**<br>Po Box 15726<br>Wilmington , DE 19886-5726 | | J | DATE INCURRED: 02-06<br>CONSIDERATION: Credit Cards<br>REMARKS: | | | | **$20,000.00** |
| ACCT #:<br>**Bank Of America**<br>Po Box 15726<br>Wilmington , DE 19886-5726 | | J | DATE INCURRED: 4/08-6/08<br>CONSIDERATION: Credit Cards<br>REMARKS: | | | | **$8,000.00** |
| ACCT #:<br>**Bank Of America**<br>Po Box 15726<br>Wilmington , DE 19886-5726 | | J | DATE INCURRED: 4/08-6/08<br>CONSIDERATION: Credit Cards<br>REMARKS: | | | | **$10,000.00** |
| ACCT #:<br>**Bank Of Hawaii**<br>P.O. Box 135020<br>Honolulu, HI 96801-5020 | | J | DATE INCURRED: 09/08<br>CONSIDERATION: Personal Loan<br>REMARKS: | | | | **$5,000.00** |
| ACCT #: xx-xx1455<br>**Bargreen Ellingson**<br>2925 70th Avenue East<br>Fife , WA 98424 | X | J | DATE INCURRED: 11/07<br>CONSIDERATION: Other<br>REMARKS: | | | | **$6,000.00** |
| | | | | | | Subtotal > | **$49,000.00** |
| | | | | | | Total > (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

_____4_____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re **Stephen Michael Pagano, Jr.**        Case No. **08-01726**
      **Crystal Lee Noholani Souza**
                                                                          (if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Capital One (Bcy Corresp.)**<br>**P.O. Box 5155**<br>**Norcross, GA 30091** | | J | DATE INCURRED: 2007<br>CONSIDERATION: Credit Cards<br>REMARKS: | | | | $500.00 |
| ACCT #:<br>**Carlsmith Ball**<br>**121 Wainuenue Ave.**<br>**Hilo, HI 96720** | | J | DATE INCURRED: 1/2008<br>CONSIDERATION: Other<br>REMARKS: | | | | $500.00 |
| ACCT #:<br>**Chase**<br>**P.O. Box 94014**<br>**Palatine, IL 60094** | | J | DATE INCURRED: 04-6/07<br>CONSIDERATION: Credit Cards<br>REMARKS: | | | | $7,000.00 |
| ACCT #:<br>**First Hawaiian Bank**<br>**999 Bishop St.**<br>**Honolulu , HI 96813** | | J | DATE INCURRED: 2002-5/08<br>CONSIDERATION: Credit Card<br>REMARKS: | | | | $27,000.00 |
| ACCT #:<br>**First Hawaiian Bank**<br>**999 Bishop St.**<br>**Honolulu , HI 96813** | X | J | DATE INCURRED: 05-9/08<br>CONSIDERATION: Other<br>REMARKS: | | | | $5,000.00 |
| ACCT #:<br>**First Hawaiian Bank**<br>**999 Bishop St.**<br>**Honolulu , HI 96813** | X | J | DATE INCURRED: 07-9/08<br>CONSIDERATION: Other<br>REMARKS: | | | | $5,000.00 |

Sheet no. __1__ of __4__ continuation sheets attached to          **Subtotal >**      **$45,000.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                    **Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Stephen Michael Pagano, Jr.**
**Crystal Lee Noholani Souza**

Case No. **08-01726**
(if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Harrison Chung**<br>PO Box 26058, #206<br>Honolulu, HI 96825 | | J | DATE INCURRED: **8/08**<br>CONSIDERATION: **Other-legal fees**<br>REMARKS: | | | | $9,000.00 |
| ACCT #:<br>**Hawaii Community FCU**<br>73-5611 Olowalu St.<br>Kailua-Kona, HI 96740 | | J | DATE INCURRED: **2008**<br>CONSIDERATION: **Personal Loan**<br>REMARKS: | | | | $400.00 |
| ACCT #:<br>**Hawaii Dept. Of Taxation**<br>PO Box 1530<br>Honolulu, HI 96806-1530 | | J | DATE INCURRED: **2004**<br>CONSIDERATION: **Taxes**<br>REMARKS: | | | | $3,400.00 |
| ACCT #:<br>**Hinchcliff Drywall**<br>PO Box 1384<br>Kailua-Kona, HI 96740 | | J | DATE INCURRED: **2008**<br>CONSIDERATION: **Other**<br>REMARKS: | | | | $1,200.00 |
| ACCT #:<br>**Home Depot**<br>P.O. Box 6028<br>The Lakes, NV 88901-6028 | | J | DATE INCURRED: **03-5/08**<br>CONSIDERATION: **Credit Card**<br>REMARKS: | | | | $3,400.00 |
| ACCT #:<br>**Lowes/Recovery Management**<br>**For GE Money Bank**<br>**dba LOWES CONSUMER**<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | | J | DATE INCURRED: **04-6/08**<br>CONSIDERATION: **Credit Cards**<br>REMARKS: | | | | $5,000.00 |

Sheet no. __2__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$22,400.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Stephen Michael Pagano, Jr.**          Case No. **08-01726**
       **Crystal Lee Noholani Souza**
                                                                                                (if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**North Star Electric**<br>**68-1856 Linapoepoe**<br>**Waikaloa, HI 96735** | | J | DATE INCURRED: **2008**<br>CONSIDERATION: **Other**<br>REMARKS: | | | | $1,750.00 |
| ACCT #:<br>**Oceanic Time Warner Cable**<br>**P.O. Box 30050**<br>**Honolulu, HI 96820-0050** | | J | DATE INCURRED: **9/08**<br>CONSIDERATION: **Utility Bill**<br>REMARKS: | | | | $480.97 |
| ACCT #:<br>**Paradise Auto Inc.** | | J | DATE INCURRED:<br>CONSIDERATION: **Other**<br>REMARKS: | | | | $400.00 |
| ACCT #:<br>**Pentagon Federal Credit Union**<br>**PO Box 1432**<br>**Alexandria, VA 22313** | | J | DATE INCURRED: **03/07-6/08**<br>CONSIDERATION: **Credit Card**<br>REMARKS: | | | | $6,000.00 |
| ACCT #:<br>**Sears Credit Cards**<br>**P.O. Box 6936**<br>**The Lakes, NV 88901-6936** | | J | DATE INCURRED: **96-6/08**<br>CONSIDERATION: **Credit Cards**<br>REMARKS: | | | | $2,500.00 |
| ACCT #:<br>**Waimea Country School**<br>**PO Box 399**<br>**Kamuela, HI 96743** | | J | DATE INCURRED: **04/07**<br>CONSIDERATION: **Other**<br>REMARKS: | | | | $4,000.00 |

Sheet no. **3** of **4** continuation sheets attached to              **Subtotal >**    **$15,130.97**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                     **Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Stephen Michael Pagano, Jr.**　　　　　　　　　　Case No. **08-01726**
　　　　**Crystal Lee Noholani Souza**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Wiliam Minson**<br>**73-5613 Olowalu St**<br>**Kailua Kona , HI 96743** | | J | DATE INCURRED: **1/2006**<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $50,000.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. __4__ of __4__ continuation sheets attached to　　　　　　　　　　　Subtotal >　　$50,000.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total >　　$181,530.97
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Matrix

Oceanic Time Warner Cable
P.O. Box 30050
Honolulu, HI 96820-0050

Waikoloa Village Association
P.O. Box 30010
Honolulu, HI 96820-0010