PETER A. HOROVITZ   6920-0
MERCHANT ◆ HOROVITZ LLLC
305 High Street, Suite 101
Wailuku, Hawaii   96793

Telephone No. (808) 242-5755
Facsimile No. (808) 442-1255
e-mail pah@mhmaui.com

Attorney for Secured Creditor
LOKAHI PACIFIC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| In re: | ) | Case No. 08-01726 |
| --- | --- | --- |
|  | ) | (Chapter 7) |
| STEPHEN MICHAEL PAGANO, JR. and | ) |  |
| CRYSTAL LEE NOHOLANI SOUZA | ) | Hearing |
|  | ) |   Date:   April 1, 2009 |
|  | ) |   Time:   1:30 p.m. |
| Debtors | ) | Judge:   Hon. Robert J. Faris |
|  | ) |  |
|  | ) |  |

DECLARATION OF PETER A. HOROVITZ IN SUPPORT OF
MOTION FOR RELIEF FROM AUTOMATIC STAY

I, PETER A. HOROVITZ, declare and state as follows:

1)   I am the attorney licensed to practice before all State and Federal courts in Hawaii and represent Plaintiff in the above matter.

2)   In that capacity, I am one of the custodians of the records for matters involving the loans made to the debtors herein.   Those records are maintained in the ordinary course of my business.   Entries into those records are made at or near the time of any event recorded in those records, by persons having personal knowledge of such event.

3) I have personal knowledge of the matters attested to herein.

4) Attached as Exhibit "A" is a true and correct copy of that certain Complaint filed November 7, 2008 in the Circuit Court of the Third Circuit for the State of Hawaii in <u>Lokahi Pacific vs. Koloko LLC, et. Al.</u>; Civil No. 08-1-351K.

5) Attached hereto as Exhibit "B" is a true and correct copy of a litigation guaranty for real property located at 68-1885 Pau-Nani Street, Waikoloa, Hawaii 96738, and bearing Tax Map Key No. (3) 6-8-015-046.

6) Attached hereto as Exhibit "C" is a true and correct copy of a litigation guaranty for real property located at 64-5294 Puukapu Street, Kamuela, Hawaii, 96743 and bearing Tax Map Key No. (3) 6-4-015-078.

I, Peter A. Horovitz, declare under penalty of perjury of law that the foregoing is true and correct.

DATED:   Wailuku, Hawaii, <u>March 26, 2009</u>.

 

PETER A. HOROVITZ